### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COOPER CLARK FOUNDATION, on behalf of itself and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OXY USA, Inc. )<br>)<br>Defendant. )<br>) | Case No. 18-CV-01222-JWB-KGG<br>(State Court Case No. 2016-cv-000039) |

**OBJECTIONS AND RESPONSES OF OXY USA, INC. AND ANGELA PASLAY, CPA TO COOPER CLARK FOUNDATION'S SUBPOENA TO ANGELA PASLAY, CPA**

Plaintiff Cooper Clark Foundation subpoenaed documents from Oxy USA, Inc.'s ("Oxy") retained expert, Angela Paslay, and Oxy and Ms. Paslay serve these objections and responses to that subpoena, which was served on September 13, 2018 (the "Subpoena").

**GENERAL OBJECTIONS**

1.  Oxy and Ms. Paslay object to the Subpoena because it fails to provide a reasonable time for compliance. The Subpoena was served on Ms. Paslay on September 13, 2018 and requires compliance by September 21, 2018, only eight days, including the day of service.

2.  Oxy and Ms. Paslay object to the Subpoena because it fails to comply with Federal Rule of Civil Procedure 45(c)(2), which states that a person may only be required to produce documents at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person. The Subpoena requires Ms. Paslay to produce documents in Prairie Village, Kansas, which is well over 100 miles from her place of residence and

employment in Houston, Texas. Ms. Paslay does not regularly transact business within 100 miles of Prairie Village, Kansas.

## SPECIFIC RESPONSES AND OBJECTIONS

**1. Request for "All documents provided by Oxy, as described in paragraph 5 of your declaration in Cooper Clark Foundation v. Oxy USA, Inc., Case No. 6:18-cv-01222 (D. Kan. Sept. 11, 2018):**

Oxy and Ms. Paslay object to this request as unduly burdensome because it would require re-production of every document Oxy already produced to Plaintiff. Oxy provided to Ms. Paslay the same documents produced to Plaintiffs in the three state-court cases that were consolidated into this case. The Bates ranges for those documents are:

| BegDoc# | EndDoc# |
| --- | --- |
| OXY-COOPER-DCP-00000001 | OXY-COOPER-DCP-00008948 |
| OEMI-COOPER-DCP-0000001 | OEMI-COOPER-DCP-0000002 |
| OXY-COOPER-RL-00000001 | OXY-COOPER-RL-00031647 |
| OEMI-COOPER-RL-0000001 | OEMI-COOPER-RL-0000002 |
| OXY-FINK-00000001 | OXY-FINK-00011390 |
| OEMI-FINK-0000001 | OEMI-FINK-0000002 |

In addition, Oxy provided to Ms. Paslay the most recent petitions in each of the state-court cases consolidated into this case, the amended petitions that Plaintiff sought to file, and the Declaration of Daniel Reineke in *Cooper Clark Foundation vs. Oxy USA, Inc*. (Case No. 2017-CV-3 in Grant County, Kansas).

**2. Request for "your work papers and backup documentation to support the damages calculations in your declaration":**

Oxy and Ms. Paslay object to this request because it mischaracterizes Ms. Paslay's declaration, which does not calculate damages but instead calculates the amount in controversy, according to Plaintiff's allegations. Subject to that objection, Ms. Paslay will produce the work

papers supporting the calculations in her declaration. Her work papers and the documents provided by Oxy, addressed above, comprise the backup documentation for her declaration.

        Respectfully submitted,

        FOULSTON SIEFKIN LLP

        */s/Mikel L. Stout*
        Mikel L. Stout, KS No. 05811
        James M. Armstrong, KS No. 09271
        1551 N. Waterfront Parkway, Suite 100
        Wichita, KS 67206-4466
        Phone: (316) 291-9516
        Fax: (316) 267-6345
        mstout@foulston.com
        jarmstrong@foulston.com
        **Attorneys for OXY USA Inc.**

**OF COUNSEL**
Mark C. Rodriguez, TX Bar No. 00794554
Deborah C. Milner, TX Bar No. 24065761
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002
Tel: (713) 758-3288
Fax: (713) 615-5314
Email:   mrodriguez@velaw.com
Email:   cmilner@velaw.com

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of September, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing ("NEF") to the following ECF registrants:

Rex A. Sharp
Barbara C. Frankland
Ryan C. Hudson
Scott B. Goodger
REX SHARP, P.A.
5301 W. 75th Street
Prairie Village, KS 66208
***Attorneys for Plaintiff***

                                              */s/ Mikel L. Stout*
                                              Mikel L. Stout, KS No. 05811